FILED

DEC 05 2016

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CLARKSBURG DIVISON

FRANKLIN NEWMAN,

        Plaintiff,

vs.

        Civil Action No: 1:15-CV-00155
        (Judge Irene Keeley)

TURNER CONSTRUCTION COMPANY
and INDEPENDENCE EXCAVATING INC.,

        Defendants.

## ORDER

    This day came the plaintiff, Franklin D. Newman, by his counsel, and came the defendants, Turner Construction Company, and Independence Excavating, Inc., by their counsel, and informed this Court that all matters in controversy between the parties hereto have been fully adjusted, compromised and settled out of Court and, therefore, they jointly move this Court to dismiss this case with prejudice.

It is accordingly, **ADJUDGED** and **ORDERED** that this case be and the same is hereby dismissed with prejudice to the plaintiff as being fully adjusted, compromised and settled with each party to bear its own costs and attorneys' fees. The Clerk shall remove the same from the docket.

The Clerk is directed to mail a certified copy of this order to all counsel of record.

_/s/ Irene M. Keeley_
Irene M. Keeley

_December 5, 2016_
DATE ENTERED

Presented by;

_/s/ J. Michael Ranson_
_____
**J. Michael Ranson, WVSB #3017**
**Cynthia M. Ranson, WVSB #4983**
Ranson Law Offices, PLLC
Post Office Box 3589
Charleston, West Virginia 25336-3589
(304) 345-1990
jmr@ransonlaw.com
cmr@ransonlaw.com

**G. Patrick Jacobs, WVSB #1867**
JACOBS LAW OFFICE
7020 MacCorkle Avenue, SE
Charleston, WV 25304
(304) 926-6676
pjacobs@bjblaw.com
**Counsel for plaintiff**

Inspected by;

/s/ *Matthew H. Sepp*

_____
**Steven A. Luxton, Esq.**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue N.W.
Washington, DC 20004
*Counsel for Turner Construction Company
and Independence Excavating, Inc.*

**Matthew H. Sepp, Esq.**
**John K. Gisleson, Esq.**
Morgan, Lewis & Bockius LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15317
*Counsel for Turner Construction Company
and Independence Excavating, Inc.*

**David K. Hendrickson, Esq.**
**Andrew W. Holbrook, Esq.**
Hendrickson & Long, PLLC
214 Capitol Street (zip 25301)
P.O. Box 11070
Charleston, WV 25339
*Counsel for Turner Construction Company
and Independence Excavating, Inc.*